Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BASIL HANTASH,<br><br>    Defendant. | Case No.: 1:17-CR-00128-DAD-BAM<br><br>**SUBSTITUTION OF ATTORNEY; ORDER** |

I, BASIL HANTASH, defendant, hereby substitute as my attorney of record in the above-captioned matter, Hammerschmidt Broughton Law Corporation, including attorney Jeffrey T. Hammerschmidt, #131113, 2445 Capitol Street, Suite 150, Fresno, California 93721, (559) 233-5333, in place and stead of Kirk McAllister.

Dated: June 7, 2017         /s/ Basil Hantash
                            BASIL HANTASH

I consent to the above substitution.

Dated: June 7, 2017         /s/ Kirk McAllister
                            KIRK McALLISTER

I accept the above substitution.

Dated: June 7, 2017         /s/ Jeffrey T. Hammerschmidt
                            JEFFREY T. HAMMERSCHMIDT

IT IS SO ORDERED.

Dated: **June 9, 2017**         /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

1