| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, Ca 93721 |
| 4 | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No: 1:17-cr-00128 DAD-BAM |
| | Plaintiff, | **STIPULATION AND [PROPOSED]**<br>**PROTECTIVE ORDER BETWEEN THE**<br>**UNITED STATES AND DEFENDANT**<br>**REGARDING PRODUCTION OF PROTECTED**<br>**INFORMATION** |
| | v. | |
| BASIL HANTASH, | | |
| | Defendant. | |

WHEREAS, the discovery in this case contains private personal information regarding third parties (both adults and minors), including but not limited to their names, dates of birth, physical descriptions, medical information, telephone numbers and/or residential addresses ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is therefore appropriate.

THEREFORE, defendant BASIL HANTASH, by and through his counsel of record, Jeffrey T. Hammerschmidt ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Michael G. Tierney, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents under the supervision of his attorneys, defense investigators, and/or support staff while in the offices of defense counsel. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents, if any, from which Protected Information has first been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case, except as authorized by further order of the Court.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by

this Order.

IT IS SO STIPULATED.

Dated: June 16, 2017   By: /s/ Jeffrey T. Hammerschmidt
Jeffrey T. Hammerschmidt
Attorney for Defendant
BASIL HANTASH

Dated: June 16, 2017   PHILLIP A. TALBERT
United States Attorney

By: /s/ Michael G. Tierney
Michael G. Tierney
Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

Dated: **June 16, 2017**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE