1  Jeffrey T. Hammerschmidt, #131113
   HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2  2445 Capitol Street, Suite 150
   Fresno, California 93721
3  Tel: (559) 233-5333
   Fax: (559) 233-4333

4  Attorneys for Defendant, Basil Hantash

5

6                    IN THE UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,           )  Case No.: 1:17-CR-00128
                                        )
10            Plaintiff,                )  **STIPULATION AND ORDER TO**
                                        )  **CONTINUE THE STATUS**
11  vs.                                 )  **CONFERENCE**
                                        )
12                                      )
                                        )
13  BASIL HANTASH,                      )
                                        )
14            Defendant.                )  Courtroom: 8
                                        )  Hon. Barbara A. McAuliffe

15

16        IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney

17  for defendant BASIL HANTASH, and Michael Tierney, Assistant United States Attorney, that

18  the status conference hearing set for July 24, 2017 at 1:00 p.m. be continued to October 9, 2017

19  at 1:00 p.m.

20        This stipulation is based on good cause.  Approximately 3000 pages of discovery have

21  been provided.  Additional discovery will be provided once processing is completed by the

22  Federal Bureau of Investigation.

23        The stipulated continuance will conserve time and resources for both the parties and the

24  court, and the delay resulting from this continuance shall be excluded in the interests of justice

25  pursuant to 18 U.S.C. § 3161(h) (7)(A).

26  //

27  //

28

                                        1

1    IT IS SO STIPULATED.

2

3    Dated:  July 17, 2017                              /s/ Jeffrey T. Hammerschmidt
                                                        JEFFREY T. HAMMERSCHMIDT
4                                                       Attorney for Basil Hantash

5

6    Dated:  July 17, 2017                              /s/ Michael Tierney
                                                        MICHAEL TIERNEY
7                                                       Assistant United States Attorney

8

9                                    **ORDER**

10

11          The Court has reviewed and considered the stipulation of the parties to continue the status

12   conference in this case.  Good cause appearing, the status conference as to the above named

13   defendant currently scheduled for July 24, 2017 is continued until October 10, 2017, at 1:00

14   p.m., in Courtroom 8 before Judge Barbara A. McAuliffe. Time is excluded pursuant to 18

15   U.S.C. § 3161(h) (7)(A).

16

17          IT IS SO ORDERED.

18

19   Dated:   **July 17, 2017**                        /s/ Barbara A. McAuliffe

20                                                      UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2