Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:17-CR-00128 |
|---|---|
| Plaintiff, | ) **AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE TO SEPTEMBER 25, 2017** |
| vs. | |
| BASIL HANTASH, | |
| Defendant. | ) Courtroom: 8<br>) Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant BASIL HANTASH, and Michael Tierney, Assistant United States Attorney, that the status conference hearing set for July 24, 2017 at 1:00 p.m. be continued to September 25, 2017 at 1:00 p.m.

This stipulation is based on good cause.  Approximately 3000 pages of discovery have been provided.  Additional discovery will be provided once processing is completed by the Federal Bureau of Investigation.

The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

//

//

1

IT IS SO STIPULATED.

Dated: July 19, 2017                    /s/ Jeffrey T. Hammerschmidt
                                        JEFFREY T. HAMMERSCHMIDT
                                        Attorney for Basil Hantash


Dated: July 19, 2017                    /s/ Michael Tierney
                                        MICHAEL TIERNEY
                                        Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case. Good cause appearing, the status conference as to the above named defendant currently scheduled for July 24, 2017 is continued until September 25, 2017, at 1:00 p.m., in Courtroom 8 before Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO ORDERED.

Dated:  **July 19, 2017**                    /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE