| | |
|---|---|
| 1 | Jeffrey T. Hammerschmidt, California State Bar #131113 |
| | HAMMERSCHMIDT BROUGHTON LAW CORPORATION |
| 2 | 2445 Capitol Street, Suite 150 |
| | Fresno, California 93721 |
| 3 | Tel: (559) 233-5333 |
| | Fax: (559) 233-4333 |
| 4 | Attorney for Defendant, Basil Hantash |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:17-CR-00128 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE TO DECEMBER 11, 2017** |
| vs. | ) | |
| | ) | |
| BASIL HANTASH, | ) | Courtroom: 8 |
| | ) | Hon. Barbara A. McAuliffe |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant BASIL HANTASH, and Michael Tierney, Assistant United States Attorney, that the status conference hearing set for September 25, 2017 at 1:00 p.m. be continued to December 11, 2017 at 1:00 p.m.

This stipulation is based on good cause. The initial round of discovery consisted of 2,975 pages. The Government recently produced the second round of discovery, Bates stamped pages 2976-28169, consisting of approximately 25,000 (Twenty-Five Thousand) pages. The defense needs additional time to review and analyze the second round of discovery.

///

///

///

The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

Dated: September 20, 2017 /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Basil Hantash

Dated: September 20, 2017 /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the 1st Status Conference in this case. Good cause appearing, the 1st Status Conference as to the above named defendant currently scheduled for September 25, 2017 is continued until December 11, 2017, at 1:00 p.m., in Courtroom 8 before Judge Barbara A. McAuliffe. Time excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO ORDERED.

Dated: **September 20, 2017** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE