```
Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333
```

Attorneys for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00128 |
| Plaintiff, | ORDER APPROVING DEFERRED PROSECUTION AGREEMENT |
| vs. | |
| BASIL HANTASH, | |
| Defendant. | |

The Court has reviewed and considered the Joint Motion of the United States and defendant Hantash requesting that the Court approve the Deferred Prosecution Agreement filed on September 27, 2019 and continue all further criminal proceedings in this case, including trial, for a period of twenty-four (24) months. The parties have stipulated and requested that such twenty-four (24) month time period be excluded in computing the time within which any trial must be commenced upon the charges contained in the Indictment filed against defendant Hantash charging him with violation of Title 18, United States Code, Section 1347).

\\\

\\\

\\\

1

IT IS ORDERED THAT the Deferred Prosecution Agreement between the United States and defendant Hantash filed September 27, 2019 is approved, and that further criminal proceedings in this case, including trial, are hereby continued for a period of twenty-four (24) months from the date of this Order.

IT IS FURTHER ORDERED THAT time shall be excluded in the interests of justice, pursuant to 18 U.S.C. § 3161(h)(2) and based on the grounds set forth in the parties' Joint Motion, for the period through and including twenty-four (24) months from the date of this Order.

Respectfully Submitted

Dated: September 27, 2019 /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Basil Hantash

Dated: September 27, 2019 /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney

ORDER

In addition, a status conference is hereby scheduled for October 4, 2021 at 10:00 a.m. in Courtroom 5 of the Robert E. Coyle United States Courthouse unless this action is dismissed prior to that date.

IT IS SO ORDERED.

Dated: **September 27, 2019**

UNITED STATES DISTRICT JUDGE