Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BASIL HANTASH,<br><br>　　　　Defendant. | Case No.: 1:17-CR-00128<br><br>ORDER TO RELEASE PASSPORT HELD AS COLLATERAL |

IT IS ORDERED THAT the United States of America (USA) Passport from Basil Hantash, Passport Number 561512965, be released to Defendant's attorney of record, Jeffrey T. Hammerschmidt.

//

//

//

//

//

1

IT IS FURTHER ORDERED that Jeffrey T. Hammerschmidt return USA Passport received as collateral in this matter from Basil Hantash, Passport Number 561512965, to Dr. Basil Hantash as soon as is practical.

Respectfully Submitted

Dated: October 1, 2019

/s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Basil Hantash

Dated: October 1, 2019

/s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney

ORDER

IT IS SO ORDERED.

Dated: **October 2, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE