1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL G. TIERNEY
   KURT A. DIDIER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America



FILED

NOV 19 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-000128-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION FOR THE DISPOSITION OF SEIZED FUNDS; AND ORDER THEREON** |
| v. | [No Hearing Requested] |
| BASIL HANTASH, | |
| Defendant. | |

Plaintiff United States of America and defendant Basil Hantash, through their authorized representatives (the Parties), hereby seek an order for the disposition of the approximately $687,583.17 in funds seized from Defendant's Vanguard Marketing Corporation account. The parties seek an order directing the:

    A.    United States Marshals Service (the USMS) to turnover $173,749.00 of the seized funds to the Clerk of Court and return the remainder to Defendant; and

    B.    Clerk of Court (the Clerk) to pay the $173,749.00 to the two insurance companies named, and as set forth, below.

The Parties stipulate as follows:

    1.    The United States indicted Defendant on multiple counts of heath care fraud pursuant to 18 U.S.C. § 1347(a)(1) and (a)(2). ECF No. 1. The Indictment alleges Defendant defrauded two health care insurance companies, Anthem Blue Cross and Blue Shield of California. *Id.* As part of this case,

1

the United States seized a total of $687,583.17 from Defendant's Vanguard Marketing Corporation account number 71922938[1] (the Seized Funds).

2. On September 27, 2019, the Parties signed a deferred prosecution agreement resolving this case (the Agreement). ECF No. 33. The Court approved the Agreement on September 30, 2019. ECF No. 36.

3. The Agreement requires Defendant, among other things, to reimburse Anthem Blue Cross and Blue Shield of California a total of $173,749.00, allocated as follows: $92,234.00 to Anthem Blue Cross; and $81,515.00 to Blue Cross of California. ECF No. 33, paragraph 4(b). The Agreement requires the United States to return the remaining Seized Funds to Defendant. *Id.*, at paragraph 5.

4. Based on the foregoing, the Parties agree the Court can and should enter an order directing the:

    A. USMS to turnover $173,749.00[2] of the Seized Funds to the Clerk within ten days following the filing of the order approving this stipulation;

    B. USMS to return the balance of the Seized Funds to Defendant through his counsel of record within ten days following the filing of the order approving this stipulation; and

    C. Clerk to pay $92,234.00 to Anthem Blue Cross and $81,515.00 to Blue Cross of California within twenty days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: November 18, 2019

By:   */s/ Michael G. Tierney*
      MICHAEL G. TIERNEY
      KURT A. DIDIER
      Assistant United States Attorneys

---

[1] This amount represents the total of two separate seizures made from the Vanguard Marketing Corporation account; approximately $524,216.00 was seized on or about February 15, 2017, and approximately $163,367.17 was seized on or about May 4, 2017

[2] The amount to be turned over shall be subtracted from the approximately $524,216.00 amount seized from the Vanguard Marketing Corporation account.

FOR DEFENDANT BASIL HANTASH:

Dated: November 18, 2019    By:    */s/ Basil Hantash*
                                   BASIL HANTASH, an individual
                                   (Original signature retained by attorney)

APPROVED AS TO FORM AND CONTENT:

Dated: November 18, 2019    By:    */s/ Jeffrey T. Hammerschmidt*
                                   JEFFREY T. HAMMERSCHMIDT
                                   Attorney for Defendant Basil Hantash
                                   (As approved by email on 11/18/19)

## **ORDER**

The Court, having reviewed the court files and the Parties' Stipulation for the Disposition of Seized Funds (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the:

1. USMS shall turnover $173,749.00 of the Seized funds to the Clerk and return the remainder to Defendant through his counsel, Jeffrey T. Hammerschmidt, within ten days following the filing of this order; and

2. Clerk shall pay, within twenty days following the filing of this order, $92,234.00 to Anthem Blue Cross and $81,515 to Blue Cross of California. The Clerk shall make the payments as follows:

    A.  Anthem Blue Cross, Attn: Alisia Urquilla, Case No. C-2018-24038
        P.O. Box 964, Woodland Hills, CA 91365; and

    B.  Blue Shield of California, Attn: Alex Kondratenko, CPC
        3300 Zinfandel Drive, A112A, Rancho Cordova, CA 95670.

IT IS SO ORDERED.

Dated: 11/19/19                    *Dale A. Drozd*
                                   UNITED STATES DISTRICT JUDGE

3