Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-00128-DAD-BAM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND PROPOSED ORDER TO VACATE THE JANUARY 15, 2020 HEARING REGARDING ORDER TO SHOW CAUSE** |
| BASIL HANTASH, | |
| Defendant. | Courtroom: 5<br>Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant BASIL HANTASH, and Michael Tierney, Assistant United States Attorney, that the hearing set for January 15, 2020 at 10:00 a.m. regarding an Order to Show Cause Why the Courts Order Has Not Been Complied With be vacated.

This stipulation is based on good cause. On January 7, 2020 assets seized from Dr. Hantash were confirmed returned to Dr. Hantash, thus negating the need for a hearing.

IT IS SO STIPULATED.

Dated: January 7, 2020                  /s/ Jeffrey T. Hammerschmidt
                                                       JEFFREY T. HAMMERSCHMIDT
                                                       Attorney for Basil Hantash

1

Dated: January 7, 2020 /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to vacate the January 15, 2020 Hearing on an Order to Show Cause in this case. Good cause appearing, the hearing as to the above-named party currently scheduled for January 15, 2020 is vacated.

IT IS SO ORDERED.

Dated: **January 9, 2020** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE