1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL G. TIERNEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 1:17-CR-000128-DAD-BAM

12                 Plaintiff,                **AMENDED STIPULATION FOR THE DISPOSITION OF SEIZED FUNDS; AND ORDER THEREON**

13          v.

14  BASIL HANTASH,                           [No Hearing Requested]

15                 Defendant.

16

17       Plaintiff United States of America and defendant Basil Hantash, through their authorized

18  representatives (the Parties), hereby seek an amended order for the disposition of the approximately

19  $687,583.17 in funds seized from Defendant's Vanguard Marketing Corporation account. The prior

20  stipulation (Doc. 41) misidentified one of the named insurance companies; namely, Blue Shield of

21  California and this amended stipulation serves to correctly identify said company. In addition, pursuant

22  to the prior stipulation, and as of the date of this stipulation, Dr. Hantash was returned the balance of the

23  Seized Funds on or about December 30, 2019, with Dr. Hantash confirming receipt of same through his

24  counsel of record. Thus, the parties seek an amended order directing the:

25       A.      United States Marshals Service (the USMS) to turnover $173,749.00 of the seized funds

26  to the Clerk of Court and return the remainder to Defendant; and

27       B.      Clerk of Court (the Clerk) to pay the $173,749.00 to the two insurance companies named,

28  and as set forth, below.

                                                    1

The Parties stipulate as follows:

1. The United States indicted Defendant on multiple counts of heath care fraud pursuant to 18 U.S.C. § 1347(a)(1) and (a)(2). ECF No. 1. The Indictment alleges Defendant defrauded two health care insurance companies, Anthem Blue Cross and Blue Shield of California. *Id*. As part of this case, the United States seized a total of $687,583.17 from Defendant's Vanguard Marketing Corporation account number 71922938[1] (the Seized Funds).

2. On September 27, 2019, the Parties signed a deferred prosecution agreement resolving this case (the Agreement). ECF No. 33. The Court approved the Agreement on September 30, 2019. ECF No. 36.

3. The Agreement requires Defendant, among other things, to reimburse Anthem Blue Cross and Blue Shield of California a total of $173,749.00, allocated as follows: $92,234.00 to Anthem Blue Cross; and $81,515.00 to Blue Shield of California. ECF No. 33, paragraph 4(b). The Agreement requires the United States to return the remaining Seized Funds to Defendant. *Id*., at paragraph 5.

4. Based on the foregoing, the Parties agree the Court can and should enter an order directing the:

    A. USMS to turnover $173,749.00[2] of the Seized Funds to the Clerk within ten days following the filing of the order approving this stipulation;

    B. USMS to return the balance of the Seized Funds to Defendant through his counsel of record within ten days following the filing of the order approving this stipulation; and

///
///
///
///
///

---

[1] This amount represents the total of two separate seizures made from the Vanguard Marketing Corporation account; approximately $524,216.00 was seized on or about February 15, 2017, and approximately $163,367.17 was seized on or about May 4, 2017

[2] The amount to be turned over shall be subtracted from the approximately $524,216.00 amount seized from the Vanguard Marketing Corporation account.

C. Clerk to pay $92,234.00 to Anthem Blue Cross and $81,515.00 to Blue Shield of California within twenty days following the filing of the order approving this stipulation according to the payment instructions stated in the accompanying order.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: January 10, 2020

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant United States Attorney

FOR DEFENDANT BASIL HANTASH:

Dated: January 10, 2020     By: /s/ Basil Hantash
BASIL HANTASH, an individual
(Original signature retained by attorney)

APPROVED AS TO FORM AND CONTENT:

Dated: January 10, 2020     By: /s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant Basil Hantash
(As approved by email on 01/10/2020)

3

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Disposition of Seized Funds (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the:

1. USMS shall turnover $173,749.00 of the Seized funds to the Clerk and return the remainder to Defendant through his counsel, Jeffrey T. Hammerschmidt, within ten days following the filing of this order; and

2. Clerk shall pay, within twenty days following the filing of this order, $92,234.00 to Anthem Blue Cross and $81,515 to Blue Shield of California. The Clerk shall make the payments as follows:

   A. Anthem Blue Cross, Attn: Alisia Urquilla, Case No. C-2018-24038
      P.O. Box 964, Woodland Hills, CA 91365; and

   B. Blue Shield of California, Attn: Alex Kondratenko, CPC
      3300 Zinfandel Drive, A112A, Rancho Cordova, CA 95670.

IT IS SO ORDERED.

Dated: **January 12, 2020**

UNITED STATES DISTRICT JUDGE