Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Basil Hantash

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br><br><br>BASIL HANTASH,<br><br>   Defendant. | Case No.: 1:17-CR-00128<br><br>**STIPULATION AND ORDER TO DISMISS INDICTMENT ON SEPTEMBER 27, 2021, OR AS SOON THEREAFTER AS IS PRACTICABLE**<br><br>Courtroom: 5<br>Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, the attorney for defendant BASIL HANTASH, and Michael Tierney, Assistant United States Attorney, that this case be dismissed on September 27, 2021, or as soon thereafter as is practicable.

On September 27, 2019, Judge Drozd signed the Order Approving Deferred Prosecution Agreement. The parties agree that Defendant Basil Hantash has successfully complied with all of the terms of the Deferred Prosecution Agreement and that Defendant Basil Hantash is entitled to have the case dismissed on September 27, 2021, or as soon thereafter as is practicable.

IT IS SO STIPULATED.

Dated: September 20, 2021                         /s/ Jeffrey T. Hammerschmidt
                                                                      JEFFREY T. HAMMERSCHMIDT
                                                                      Attorney for Basil Hantash

1

Dated:  September 20, 2021         /s/ Michael Tierney
                                   MICHAEL TIERNEY
                                   Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to dismiss the September 27, 2021 hearing.  Good cause appearing, the Indictment is dismissed with prejudice and the status conference set for October 4, 2021 is vacated.

IT IS SO ORDERED.

Dated:   **September 28, 2021**           _____
                                          UNITED STATES DISTRICT JUDGE